UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ENRIQUE RIVERA, | ) |
| | ) |
| Petitioner, | ) Case No. EDCV 08-0436 ODW (AJW) |
| | ) |
| v. | ) |
| | ) ORDER ADOPTING REPORT AND |
| J. CASTRO, WARDEN, | ) RECOMMENDATION OF |
| | ) MAGISTRATE JUDGE |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED: October 30, 2008

Otis D. Wright, II
United States District Judge