UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

ENRIQUE RIVERA,              )
                             )
          Petitioner,        )  No. EDCV 08-0436 ODW (AJW)
                             )
          vs.                )  JUDGMENT
                             )
J. CASTRO, WARDEN,           )
                             )
          Respondent.        )
_____)

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated:  October 30, 2008

_____
Otis D. Wright, II
United States District Judge